ACCEPTED
03-12-00247-CV
5072690
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/28/2015 5:45:20 PM
JEFFREY D. KYLE
CLERK

## NO. 03-12-00247-CV

| | | |
|---|---|---|
| ROLAND OIL COMPANY | § | IN THE THIRD |
|     Appellant, | § | |
| | § | |
| VS. | § | COURT OF APPEALS |
| | § | |
| RAILROAD COMMISSION OF | § | |
| TEXAS | § | SAN ANTONIO, TEXAS |
|     Appellee. | | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/28/2015 5:45:20 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S FIRST AMENDED MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellant, Roland Oil Company, and moves the Court to Extend the Time to File a Motion for Rehearing.

### A.   Introduction

1.   Appellant is Roland Oil Company; appellee is Railroad Commission of Texas.

2.   This motion is filed within the 15-day period to file a motion to extend the time to file a motion for rehearing, as required by Texas Rule of Appellate Procedure 49.8.

3.   An inquiry was made to the attorney for Appellee, Railroad Commission of Texas, about this motion who indicated that he was unopposed.

### B.   Argument and Authorities

4.   The Court has the authority under Rule 49.8 to extend the time for a party to file a motion for rehearing.

5. Appellant's motion for rehearing is due on April 15, 2015, per the Court's Order dated March 25, 2015.

6. Appellant requests an additional forty-one (41) days to file a motion for rehearing, extending the time until May 26, 2015.

7. A previous extension was granted to extend the time to file the motion for rehearing, pursuant to a Motion filed by Appellant, acting pro se.

8. Appellant needs additional time to file the motion for rehearing because: (1) appellant has diligently looked for a replacement attorney, and has engaged Jeffrey R. Akins, Attorney at Law, (2) being just now engaged, Mr. Akins has not had adequate time to prepare a motion for rehearing, 3) Mr. Akins has been ill during the last three weeks with a respiratory illness and then a stomach illness and has only now recovered to about 80%; therefore he has missed so much work that he has several deadlines coming up in other client matters, (4) Mr. Akins is a scheduled speaker at the Texas Bar CLE Oil, Gas and Mineral Title Examination Course to be held in Houston on June 25-26, and is required to have his seminar paper submitted by May 11, 2015; and due to his illness Mr. Akins has not been able to work on completing this paper, which is estimated will take sixty (60) additional hours to complete, (5) between his ongoing work deadlines and the work required for the paper, Mr. Akins will not reasonably have time available to prepare an adequate motion for rehearing, (6) being realistic, Mr. Akins will not reasonably be able to do substantial work on this motion until after May 11, barring a physically and mentally exhausting work schedule, and (7) insofar as the status quo in the field (involving the wells) this extension does not cause any harm and no exigent circumstances exist.

8A. Mr. Akins previously filed a Notice of Appearance on April 15, 2015. Normally, Mr. Akins would have filed a motion to substitute counsel, but time did not allow for this to occur before the April 15, 2015 filing deadline; nor was there time to procure a motion to withdraw from counsel of record, Dario Bargas. Appellant

-2-

therefore is filing this First Amended Motion so as to clarify that Mr. Bargas is no longer representing Appellant and that the proper withdrawal papers will be filed by Mr. Bargas after the court rules on this motion.

9.    This extension is not sought solely for delay, but that justice may be done.

### PRAYER

For these reasons, Appellant asks the Court to grant an extension of time to file a Motion for Rehearing until May 26, 2015.

Respectfully submitted,

/s/ Jeffrey R. Akins

JEFFREY R. AKINS
State Bar No. 00962425
14350 Northbrook Drive
Suite 150
San Antonio, Texas 78232
Telephone: (210) 599-4905
Facsimile: (210) 490-2776
jrakins@sbcglobal.net
**ATTORNEY FOR APPELLANT**

### CERTIFICATE OF CONFERENCE

I certify that I have conferred with Anthony Benedict by telephone and he is unopposed to this motion.

/s/ Jeffrey R. Akins

Jeffrey R. Akins

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served upon the following counsel of record, pursuant to the Texas Rules of Appellate Procedure on the 28th day of April, 2015, after 5:00 p.m.

Anthony W. Benedict          **VIA FACSIMILE - (512) 320-0911**
Dario Bargas                 **VIA FACSIMILE - (866) 415-0828**


/s/ Jeffrey R. Akins
_____
Jeffrey R. Akins

-4-